IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 26-13597-GG

UNITED STATES OF AMERICA,

Appellant,

v.

CHELSEA COX,

Appellee.
______________________________/

**UNITED STATES'S MOTION FOR 60-DAY EXTENSION OF TIME TO FILE INITIAL BRIEF**

The United States of America, through its undersigned Assistant United States Attorney, respectfully requests a 60-day extension of time to file its initial brief, pursuant to Federal Rules of Appellate Procedure 26(b) and 31, and Eleventh Circuit Rules 26-1, 27-1, and 31-2. The brief is currently due November 16, 2026; the government requests an extension until January 15, 2027.

This is a government appeal from an order of the district court holding that 18 U.S.C. § 611 is unconstitutional as applied to Appellee. On October 22, 2025, the government charged Chelsea Cox in a one-count Information for a misdemeanor violation of 18 U.S.C. § 611 (DE 1). Cox moved to dismiss the Information on the grounds that Congress lacked the constitutional authority to

enact this statute (DE 30; DE 47). After briefing and argument, the district court granted Cox's motion to dismiss (DE 64). The United States filed a timely notice of appeal (DE 65), and, subsequently, the Solicitor General has now authorized appeal in this case to defend the constitutionality of § 611.

The government respectfully requests a 60-day extension of time to file its initial brief for two primary reasons. First, the undersigned is handling other appeals before this Court (*United States v. Alexander*, No. 26-10464-CC) and has substantial supervisory duties including reviewing briefs to be filed in this Court. Second, in light of the fact that this case concerns an act of Congress that has been held unconstitutional, undersigned counsel anticipates the potential need for an atypically lengthy internal review process.

The United States has not previously requested any extensions of time in this case. This motion is not filed for purposes of delay but rather to ensure thorough and complete briefing to this Court. The government thus respectfully requests a 30-day extension of time, through December 18, 2026, in which to file its answer brief. Counsel for Cox, Will Havemann, has graciously represented that he does not oppose this motion for a 60-day extension.

WHEREFORE, the United States of America respectfully requests a 60-day extension of time, through January 15, 2027, in which to file its initial brief.

Respectfully submitted,

Jason A. Reding Quiñones
United States Attorney

By: s/George E. Doty III

George E. Doty III
Chief, Appellate Division
99 N.E. 4th Street, #500
Miami, FL 33132
(305) 961-9404
George.Doty@usdoj.gov

## Certificate of Compliance

This motion complies with the type-volume limitation of Rule 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 364 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements for Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word's Calisto MT, 14-point.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, this motion was filed and served on counsel of record by CM/ECF.

s/George E. Doty III
George E. Doty III
Assistant United States Attorney