In the

# United States Court of Appeals

For the Eleventh Circuit

No. 26-13597

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

*versus*

CHELSEA MICHELLE ANN COX,

*Defendant-Appellee.*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:25-cr-60249-DSL-1

ORDER:

The motion for an extension of time to and including January 15, 2027, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Adalberto Jordan

UNITED STATES CIRCUIT JUDGE